# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

Turtle Island Foods, SPC, doing business as "The Tofurky Company"

    Plaintiff,

v.

No. 4:19-cv-514-KBG

Nikhil Soman, in his official capacity as Director of the Arkansas Bureau of Standards .

    Defendants.

## BRIEF SUPPORTING MOTION SEEKING LEAVE TO FILE CONCURRENTLY MAILED AMICUS REPLY AS A INTERESTED PARTY "IFP"

This uniquely interested party seeks leave to file the attached document as an *amicus curiae* reply in the above styled action or as an *amicus* by right to protect the rights of other similarly disabled Arkansans. The documentation supporting "IFP" status was not done due to the speedy nature of this filing but is hoped to be granted "in good faith" or by reviewing the granted "IFP" motions in Arkansas Act 301 defense. (4:13–cv–00224–SWW )(14-1891)(15-7059) where briefs were filed "IFP" as granted at the Eighth Circuit Court of Appeals and certiorari was sought IFP and allowed after an extension of time to file was granted by the Supreme Court.

### A RARE WHOLLY UNIQUE PERSPECTIVE

This interested party is almost uniquely disabled and was once a Marine microwave tropscatter telecommunications Corporal before discharged as a conscientious objector to war in 1993 after the Gulf War. This party could explain multichannel time displaced microwave radio transceivers allowing real-time battlefield digital control of remote armaments or drones occurring via Wi-Fi a decade before Wi-Fi was patented using only ANALOG components like transistors, diodes, capacitors, etc. to modulate and demodulate one microwave radio signal to deliver ten channels of audio and two

channels of digital 1000K data several hundred miles as if these were 12 connected wires and not like unreliable radio signals. At the same time, this interested party does not remember this training but could disclose more details only with a USMC waiver of top secret military data. This obsolete technology disclosure nearly thirty years later would be too difficult to understand without advanced electronics training.

This interested party is now severely mentally disabled due to a traumatic brain injury and understands an unbelievably wide swath of information. At the same time, Curtis J. Neeley Jr. does not remember raising two children, including the daughter he delivered at home with a midwife. Love does not require this memory or legs.

Curtis J. Neeley Jr. encountered internet wire communications "first" by radio Wi-Fi and could not understand why pornography was broadcast so intrusively as a hazardous nuisance. On information and belief, in around 2004, Curtis J. Neeley Jr. encountered America like a reasonably intelligent extraterrestrial would and has a wholly new perspective.

No human besides Lazarus has similar experiences and Lazarus and Curtis J. Neeley Jr could never describe these experiences or even try. Curtis J. Neeley Jr. has an undesired mission that was assigned and not chosen to help protect human dignity and the innocence of youth. These missions were not accepted at first. These missions must still be done similar to the journey of Biblical Jonah.

Act 501 has a tangent honesty issue intersecting the prior continuing mission in one clear detail as will be apparent after reading the attached document. Words are important and how written words are used is important. Curtis J. Neeley Jr is severely mentally and physically disabled and discussed word use in laws with Elderly, Honorable Antonin Scalia face-to-face from a wheelchair on Feb. 26, 2015 in Ft. Smith Arkansas. Curtis J. Neeley Jr. has not become less physically or mentally disabled and still only receives SS disability and has not changed means since allowed to proceed "IFP" before the Eighth Circuit Court of Appeals and the Supreme Court after denied improperly in the Western District of Arkansas. This supporting "brief" is almost beyond the abilities of Curtis J. Neeley Jr. but should suffice.

Respectfully submitted,
Curtis J. Neeley Jr.
380 W. 13th Street
Newark, AR 72562
4792634795