IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

Turtle Island Foods, SPC, doing business as
The Tofurky Company

    Plaintiff,

v.                                                          Case No. 4:19-cv-514-KGB

Nikhil Soman, in his official capacity as Director
of the Arkansas Bureau of Standards

    Defendant.

**DECLARATION OF MARCUS ONLEY**

I, Marcus Onley, declare as follows:

1. I am over the age of 18 and could and would competently testify to the following if called to do so. I offer this declaration in support of Plaintiff's motion for preliminary injunction.

2. Recordings of the Arkansas House of Representatives' committee hearings and floor sessions can be accessed through its website, https://www.arkansashouse.org/.

3. On July 16, 2019, I visited https://sg001-harmony.sliq.net/00284/harmony/en/PowerBrowser/PowerBrowserV2/20160329/-1/16895#info_, where I viewed a recording of the February 27, 2019 House Agriculture, Forestry & Economic Development Committee hearing, during which the committee discussed House Bill 1407.

4. On July 16, 2019, I recorded the portion of that video in which the committee discussed House Bill 1407 and saved the recording to my laptop computer.

5. On August 12, 2019, I uploaded the recording to the Good Food Institute's Google Drive cloud storage.

6. I made no alterations to the portion of the video recording discussing House Bill 1407.

7. At or around 0:48 of my recording, Representative David Hillman is depicted on that video and states, among other things, "The reason that this bill is before you today…[is] to protect the agriculture producers of our state."

8. At or around 6:35 of my recording, Representative David Hillman is depicted on that video and states, among other things, "I would hope that if they see that this is an issue, not just in these twenty-three states that are considering legislation like this but nationwide, that they would address this. And this is the really [sic] this is the intent of this bill is to call attention to a problem that we have not only in Arkansas but in the whole United States."

9. At or around 11:47 of my recording, an individual identified as a representative from the Arkansas Cattlemen's Association is depicted on that video and states, among other things, "It only seems fair that if farmers and ranchers are held to a certain labeling standard for our product, those counterfeit products that would try to benefit from our good reputation and brand I.D., should be held to the same honest and accuracy [sic] standards."

10. At or around 27:56 of my recording, an individual identified as a representative from the Agricultural Council is depicted on that video and states, among other things, "We are trying to send a message to the manufacturers that we do not want to see lies or

misleading statements in their products for the sake of the consumer and for the sake of our industry and that's our message."

11. On July 16, 2019, I visited https://www.arkansashouse.org/watch-live, where I viewed a recording of the March 4, 2019 floor session of the House of Representatives, during which Arkansas state representatives discussed and voted on House Bill 1407.

12. On July 16, 2019, I recorded the portion of that video in which House Bill 1407 was discussed and saved the recording to my laptop computer.

13. On August 12, 2019, I uploaded the recording to the Good Food Institute's Google Drive cloud storage.

14. I made no alterations to the portion of the video recording discussing House Bill 1407.

15. At or around 1:39 of my recording, Representative David Hillman is depicted on that video and states, among other things, "The USDA currently isn't [sic], does not have enough protection, that's one purpose of this bill, is to get USDA and FDA to have regulations that would be nationwide."

16. Video recordings of the Arkansas Senate's floor sessions can be accessed through its website, http://www.arkansas.gov/senate/.

17. On July 16, 2019, I visited http://sg001-harmony.sliq.net/00316/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/16993#info_, where I viewed a recording of the March 13, 2019 floor session of the Senate, during which Arkansas state senators discussed and voted on House Bill 1407.

18. On July 16, 2019, I recorded the portion of that video in which the senators discussed House Bill 1407 and saved the recording to my laptop computer.

19. On August 12, 2019, I uploaded the recording to the Good Food Institute's Google Drive cloud storage.

20. I made no alterations to the portion of the video recording discussing House Bill 1407.

21. At or around 2:33 of my recording, Senator Bruce Maloch is depicted on that video and states, among other things, "The USDA and FDA actually entered a memorandum of understanding or issued a statement last week that they're going to start working on this issue. Now the USDA's just going to be involved in the meat products but the FDA would be involved with the rice products. But so it's a developing area of the law. It is something that we need at the federal level and I think some steps like this will encourage that."

22. At or around 8:45 of my recording, Senator Bruce Maloch is depicted on that video and states, among other things, "But I'm sure our senator colleagues from the delta are going to want to protect their rice farmers as do I."

23. At or around 11:49 of my recording, Senator Blake Johnson is depicted on that video and states, among other things, "Full disclosure, I grow rice and there's been a lot of talk about rice ... I feel like it needs to be handled on the federal level because they the [sic] commerce clause and sometimes we have to act on a state level to push them to do that."

24. To my knowledge, the contents of all of the videos as uploaded to the Good Food Institute's Google Drive storage are exactly the same as the relevant portions of the recordings which were accessed through the legislature's website.

25. On August 12, 2019, I informed Jeffrey Priebe and Candice Misenheimer at James, Carter & Priebe, LLP of my video recordings and gave both of them access to my recordings.

26. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of August 2019.

By: /s/ Marcus Onley

Marcus Onley
Policy Coordinator
The Good Food Institute
1380 Monroe St. NW, #229
Washington, DC 20010
757.576.3339