IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 14 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Turtle Island Foods, SPC, doing business as
The Tofurky Company

    Plaintiff,

v.

Case No. 4:19-cv-514-KGB

Nikhil Soman, in his official capacity as Director
of the Arkansas Bureau of Standards

    Defendant.

## PLAINTIFF'S NOTICE OF FILING EXHIBIT ON DVD

Comes the Plaintiff, Turtle Island Foods, SPC, doing business as The Tofurky Company, and states:

1. Plaintiff filed a Motion for Preliminary Injunction on August 14, 2019, see Docket Entry No. 14.

2. Exhibit 4, attached hereto on DVD, to Plaintiff's Motion are the following video recordings:

    (A) the February 27, 2019 Hearing of the Agriculture, Forestry & Economic Development Committee of the Arkansas House of Representatives concerning House Bill 1407;

    (B) the March 4, 2019 floor session presentation of House Bill 1407 to the Arkansas House of Representatives; and

    (C) the March 13, 2019 floor presentation of House Bill 1407 to the Arkansas Senate.

All DVDs have been scanned for viruses.

Respectfully submitted,

_____
Jeff Priebe (AR 2001124)
James, Carter & Priebe, LLP
500 Broadway, Suite 400
Little Rock, Arkansas 72201
Email: jpriebe@jamescarterlaw.com
Tel 501.372.1414; Fax 501.372.1659

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August $\underline{14^{th}}$, 2019, a true and accurate copy of the foregoing document has been served by regular U.S. Mail, postage prepaid, upon the following:

Jerry Garner
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock  AR  72201
Tel 501.682.1723; Fax 501.682.2591
jerry.garner@arkansasag.gov
*Attorney for Defendant, Nikhil Soman*
*in his official capacity as Director of the*
*Arkansas Bureau of Standards*

_____
Jeff R. Priebe

*Turtle Island Foods, SPC, dba The Tofurky Company*
*v. Nikhil Soman, Director of the Arkansas Bureau of Standards*
USDC Case No. 4:19-cv-514-KGB

Page 1 of 1

CD Contents: 8.14.2019 Exhibit 4 to Plaintiff's Motion for Preliminary Injunction:

