**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TURTLE ISLAND FOODS SPC**                                                                                    **PLAINTIFF**
**d/b/a TOFURKY COMPANY**

**v.**                              **Case No. 4:19-cv-00514-KGB**

**NIKHIL SOMAN in his official capacity**
**as Director of the Arkansas Bureau of Standards**                                            **DEFENDANT**

**ORDER**

Before the Court are motions for leave to appear *pro hac vice* filed on behalf of the following attorneys: Brian Hauss, Jessica Almy, Nicole Manu, Amanda Howell, and Matthew Liebman (Dkt. Nos. 2, 3, 5, 9, 10). Pursuant to the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court grants the motions to admit Mr. Hauss, Ms. Almy, Ms. Manu, Ms. Howell, and Mr. Liebman. Local Rule 83.5(d). Mr. Hauss, Ms. Almy, Ms. Manu, Ms. Howell, and Mr. Liebman shall appear as counsel for plaintiff Turtle Island Foods SPC d/b/a Tofurky Company.

So ordered this 28th day of August 2019.

                                                                                   *[signature]*
                                                                                   Kristine G. Baker
                                                                                   United States District Judge