# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TURTLE ISLAND FOODS, SPC,**
**doing business as THE TOFURKY COMPANY**          **PLAINTIFF**

**v.**        **CASE NO. 4:19-CV-514-KGB**

**NIKHIL SOMAN, in his official capacity as**
**Director of the Arkansas Bureau of Standards**          **DEFENDANT**

## NOTICE OF APPEARANCE

Assistant Attorney General Maryna Jackson hereby enters her appearance as counsel for Defendant Nikhil Soman, Director of the Arkansas Bureau of Standards, and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

             Respectfully submitted,

             LESLIE RUTLEDGE
             Attorney General

By:     Maryna Jackson
        Ark. Bar No. 2009111
        Assistant Attorney General
        Arkansas Attorney General's Office
        323 Center Street, Suite 200
        Little Rock, Arkansas 72201
        Tel.: (501) 682-3296
        Fax: (501) 682-2591
        Email: maryna.jackson@arkansasag.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Maryna O. Jackson, hereby certify that on June 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which shall send notification of the filing to any participants.

/s/  Maryna O. Jackson
Maryna O. Jackson