IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **TURTLE ISLAND FOODS, SPC,** doing business as **THE TOFURKY COMPANY** | | **PLAINTIFF** |
| v. | CASE NO. 4:19-CV-514-KGB | |
| **NIKHIL SOMAN,** in his official capacity as Director of the Arkansas Bureau of Standards | | **DEFENDANT** |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Jerry D. Garner and respectfully requests that the Court permit him to withdraw as counsel for Defendant Nikhil Soman, Director of the Arkansas Bureau of Standards, in this matter. Attorney Garner is leaving employment with the Arkansas Attorney General's Office and will no longer be involved in this case. Defendant Soman will continue to be represented by his remaining counsel of record.

WHEREFORE, Jerry D. Garner respectfully requests that the Court grant his motion to withdraw as counsel in this case.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By: Jerry D. Garner
Ark. Bar No. 2014134
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel.: (501) 682-1723
Fax: (501) 682-2591
Email: jerry.garner@arkansasag.gov

*Attorneys for Defendants*

1