# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TURTLE ISLAND FOODS, SPC,**
**doing business as THE TOFURKY COMPANY**                **PLAINTIFF**

**v.**            **CASE NO. 4:19-CV-514-KGB**

**NIKHIL SOMAN, in his official capacity as**
**Director of the Arkansas Bureau of Standards**                **DEFENDANT**

---

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 83.5(f), the undersigned attorney respectfully moves this Court for leave to withdraw as counsel for Plaintiff. In support of this Motion, the undersigned states as follows:

1. As of June 11, 2021, I will no longer be employed with the Animal Legal Defense Fund.

2. Plaintiff will continue to be represented by attorneys Amanda M. Howell of the Animal Legal Defense Fund, Jeffrey Ryan Priebe of Rainwater, Holt & Sexton P.A., Brian Hauss of the American Civil Liberties Union Foundation, and Jessica Almy and Nicole Manu of The Good Food Institute. There will be no gaps in representation, and the case can proceed without interruption.

THEREFORE, counsel respectfully requests the Court enter an Order allowing Alene Anello to withdraw as counsel for Plaintiff and relieving Alene Anello from any further duties for Plaintiff in this matter. A Proposed Order is attached.

Dated: June 9, 2021                        Respectfully submitted,

                                                               /s/ Alene Anello
                                                               Alene Anello, pro hac vice
                                                               Animal Legal Defense Fund
                                                               525 East Cotati Avenue
                                                               Cotati, CA 94931
                                                               (707) 795-2533
                                                               aanello@aldf.org

                                                               *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June 2021, I will electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notifications of such filing to counsel for all parties.

/s/ Alene Anello
Alene Anello
Animal Legal Defense Fund