IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TURTLE ISLAND FOODS SPC**                                                                PLAINTIFF
**d/b/a TOFURKY COMPANY**

v.                             Case No. 4:19-cv-00514-KGB

**NIKHIL SOMAN in his official capacity**
**as Director of the Arkansas Bureau of Standards**                     DEFENDANT

### ORDER

Before the Court is counsel Jerry D. Garner's motion to withdraw as counsel for defendant Nikhil Soman, Director of the Arkansas Bureau of Standards (Dkt. No. 46). Mr. Garner states that he is leaving his employment with the Arkansas Attorney General's Office, but Mr. Soman will continue to be represented by other counsel of record in the case (*Id.*). For good cause shown, the Court grants Mr. Garner's motion to withdraw as counsel (*Id.*). The Court directs the Clerk to terminate Mr. Garner as counsel of record for Mr. Soman.

So ordered this 10th day of June, 2021.

_____
Kristine G. Baker
United States District Judge