IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TURTLE ISLAND FOODS SPC**                                                                                      **PLAINTIFF**
**d/b/a TOFURKY COMPANY**

v.                                  Case No. 4:19-cv-00514-KGB

**NIKHIL SOMAN in his official capacity**
**as Director of the Arkansas Bureau of Standards**                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered in favor of Turtle Island Foods SPC d/b/a Tofurky Company ("Tofurky"). The Court hereby orders that defendant Nikhil Soman, in his official capacity as Director of the Arkansas Bureau of Standards, and all those acting in concert with him, including employees, agents, and successors in office, are permanently enjoined:

(1) From enforcing Arkansas Code Annotated § 2-1-305(10) statewide. The Court declares that Arkansas Code Annotated § 2-1-305(10) is facially unconstitutional.

(2) From enforcing Arkansas Code Annotated § 2-1-305(6), (8), and (9) against Tofurky.

(3) From enforcing Arkansas Code Annotated § 2-1-305(2) and (5) against Tofurky's labels in the record and similar materials of Tofurky.

So adjudged this 30th day of September, 2022.

_____
Kristine G. Baker
United States District Judge