IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TURTLE ISLAND FOODS SPC**                                                                                     **PLAINTIFF**
**d/b/a TOFURKY COMPANY**

v.                              Case No. 4:19-cv-00514-KGB

**NIKHIL SOMAN in his official capacity**
**as Director of the Arkansas Bureau of Standards**                              **DEFENDANT**

## ORDER

Before the Court is plaintiff Turtle Island Foods, SPC d/b/a The Tofurky Company's ("Tofurky") unopposed motion to extend the deadline to file its petition for attorney fees (Dkt. No. 52). Tofurky states that its deadline to file its petition for attorneys' fees pursuant to 42 U.S.C. § 1988 is currently October 14, 2022 (*Id.*). Tofurky seeks an extension of 30 days in which to file its petition (*Id.*). Tofurky asserts that defendant Nikhil Soman does not oppose the motion (*Id.*). For good cause shown, the Court grants Tofurky's unopposed motion to extend the deadline to file its petition for attorney fees (*Id.*). The deadline for Tofurky to file its petition for attorneys' fees is extended to, and including, November 14, 2022.

So ordered this 13th day of October, 2022.

_____
Kristine G. Baker
United States District Judge