IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TURTLE ISLAND FOODS SPC**                                                                          **PLAINTIFF**
**d/b/a TOFURKY COMPANY**

v.                              Case No. 4:19-cv-00514-KGB

**NIKHIL SOMAN in his official capacity**
**as Director of the Arkansas Bureau of Standards**                          **DEFENDANT**

## ORDER

Before the Court is plaintiff Turtle Island Foods, SPC d/b/a The Tofurky Company's ("Tofurky") notice regarding settlement of Tofurky's claim for attorneys' fees and request for voluntary dismissal (Dkt. No. 66). Tofurkey states that the parties have settled its claim for attorneys' fees (*Id.*). Tofurkey requests that the Court dismiss the action with prejudice and states that defendant Nikhil Soman consents to this request (*Id.*). For good cause shown, the Court grants Tofurky's request for voluntary dismissal and dismisses this action with prejudice (Dkt. No. 66). The Clerk is instructed to close the case.

So ordered this 6th day of July, 2023.

_____
Kristine G. Baker
United States District Judge